## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

```
-----------------------------------------------------------X
In re:                                          :        Chapter 13
                                                :
Janay M Rickwalder and Thomas C Rickwalder  :        Case No.  17-10109-KHK
                                                :
            Debtors.                            :
                                                :
-----------------------------------------------------------X
```

### ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 29 FILED BY PORTFOLIO RECOVERY ASSOCIATES, LLC

Upon consideration of the objection of the Debtor to Proof of Claim No. 29, and

there being no response thereto after due service, it is hereby ORDERED that the objection

to Claim No. 29 is SUSTAINED, and that said claim is hereby DISALLOWED, except for

the $892.07 already disbursed by the Trustee.

Dated: Oct 3 2017                          /s/ Frank J. Santoro
                                           Judge, U.S. Bankruptcy Court

Entered on Docket:    October 3, 2017

I ASK FOR THIS:

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND NO OBJECTION:

/s/ Thomas P. Gorman
Chapter 13 Trustee

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to
Local Rule 9022-1(C).

    /s/Daniel M. Press
Daniel M. Press

Copies to:

Counsel for Debtor (by CM/ECF)
Trustee (by CM/ECF)

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk VA 23541