**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

---------------------------------------------------------------X
In re:                                                                            :        Chapter 13
                                                                                        :
Janay M Rickwalder and Thomas C Rickwalder   :        Case No.  17-10109-KHK
                                                                                        :
Debtors.                                                                     :
                                                                                        :
---------------------------------------------------------------X

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 23 FILED BY**
**VERIZON BY AMERICAN INFOSOURCE L.P. AS AGENT**

Upon consideration of the objection of the Debtor to Proof of Claim No. 23, and there being no response thereto after due service, it is hereby ORDERED that the objection to Claim No. 23 as amended is SUSTAINED, and that said claim is hereby DISALLOWED.

Dated: Oct 3 2017                                            /s/ Frank J. Santoro
                                                                          Judge, U.S. Bankruptcy Court

Entered on Docket:  October 3, 2017

I ASK FOR THIS:

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND NO OBJECTION:

/s/ Thomas P. Gorman
Chapter 13 Trustee


Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

2

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

    /s/Daniel M. Press
Daniel M. Press

Copies to:

Counsel for Debtor (by CM/ECF)
Trustee (by CM/ECF)

Verizon by American Infosource LP as Agent
4515 N Santa Fe Ave.
Oklahoma City OK 73118